IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HLAVAC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:03CV368 |
| vs. ) | |
| ) | ORDER |
| HOPKEE PYROTECHNICS, LTD., ) | |
| et al., ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of defendants Poor Boy's Fireworks and Larry Flanagan for an extension of time from May 31, 2005 to June 30, 2005 to file motions for summary judgment (#85) for the reason that the necessary depositions are presently scheduled through June 9, 2005. The court has been advised that this request is uncontested, so long as the plaintiff is given a corresponding extension of time to respond to the dispositive motion (#81) filed by HopKee Pyrotechnics on May 31, 2005, as plaintiff will need the outstanding deposition testimony to respond to HopKee's motion. For good cause shown,

**IT IS ORDERED THAT** defendants' Motion for Extension of Time (#85) is granted, as follows:

1. Defendants Poor Boy's Fireworks and Larry Flanagan are given until **June 30, 2005** to file motions for summary judgment.

2. The response deadline for HopKee's MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE PERSON OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT is extended to **July 25, 2005.**

**DATED June 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**