# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HLAVAC, )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>HOPKEE PYROTECHNICS, LTD., )<br>et al., )<br>)<br>    **Defendant.** ) | 8:03CV368<br><br>ORDER |

    Now pending before the court is the motion of defendants Larry Flanagan and Poor Boy's Fireworks for a continuance of the September 6, 2005 trial date before Judge Smith Camp.

    After the motion was filed, the case was reassigned to Judge Robert T. Dawson and set for trial before Judge Dawson the week of October 31, 2005.  For this reason,

    **IT IS ORDERED** that defendants' Motion to Continue Trial (Filing 102) is denied as moot.

    **DATED August 18, 2005.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**