# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT HLAVAC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV368** |
| vs. ) | |
| ) | **ORDER** |
| **HOPKEE PYROTECHNICS, LTD.**, a ) | |
| California company, **POOR BOY'S** ) | |
| **FIREWORKS**, a Missouri company, ) | |
| **CHINA QINCAO FIREWORKS MFG.** ) | |
| **CO., LTD.**, A Chinese company, and ) | |
| **LARRY FLANAGAN,** ) | |
| ) | |
| **Defendants.** ) | |

In light of the reassignment of this case to the Honorable Robert T. Dawson, the final pretrial conference will be rescheduled. Therefore,

**IT IS ORDERED:**

1. The final pretrial conference in this case scheduled for Monday, August 29, 2005 is rescheduled to **Tuesday, October 25, 2005 at 10:30 a.m.**, in chambers, before the undersigned magistrate judge. The Court's instructions for the submission of the appropriate documents for the conference were previously set out in its August 8, 2005 correspondence to counsel (#101).

Dated this 23rd day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge