IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT HLAVAC,** | ) | **CASE NO. 8:03CV368** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **HOP KEE PYROTECHNICS, LTD.,** a California company, **POOR BOY'S FIREWORKS,** a Missouri company, **CHINA QINGCAO FIREWORKS MFG. CO. LTD.,** a Chinese company, and **LARRY FLANAGAN,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation for Partial Dismissal filed by Plaintiff Robert Hlavac and Defendant Hop Kee Pyrotechnics, Ltd. (Filing No. 110). I find that the parties' stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation for Partial Dismissal (Filing No. 110) is approved and the relief requested therein is granted;

2. All claims against Defendant Hop Kee Pyrotechnics, Ltd., are dismissed with prejudice;

3. The Motion for Summary Judgment filed by Hop Kee Pyrotechnics, Ltd. (Filing No. 81) is denied as moot; and

4. Unless otherwise agreed by and between Plaintiff Robert Hlavac and Defendant Hop Kee Pyrotechnics, Ltd., these parties shall pay their own costs and attorney fees.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge