IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT HLAVAC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV368 |
| | ) | |
| V. | ) | |
| | ) | |
| POOR BOY'S FIREWORKS, CHINA QINGCAO FIREWORKS MFG. CO. LTD., and LARRY FLANAGAN, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Upon notice of settlement given to the magistrate judge by Joseph Daly, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 14, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Robert T. Dawson, at Robert_Dawson@arwd.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for October 25, 2005, is cancelled upon the representation that this case is settled.

Dated this 14th day of October 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge