FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

05 NOV 18 P 12: 50

OFFICE OF THE CLERK

| | | |
|---|---|---|
| ROBERT HLAVAC, | ) | Case No. 8:03-cv-00368-RTD-FG3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| HOPKEE PYROTECHNICS, LTD., a | ) | |
| California company, POOR BOY'S | ) | |
| FIREWORKS, a Missouri company, | ) | |
| CHINA QINCAO FIREWORKS MFG. | ) | |
| CO LTD., a Chinese company, and | ) | |
| LARRY FLANAGAN, | ) | |
| | ) | |
| Defendants. | ) | |

The matter before the court is the parties' joint stipulation for dismissal with prejudice (Filing No. 115). The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiff's cause of action against Defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 18 day of November, 2005.

BY THE COURT:

/s/ Robert T. Dawson

Hon. Robert T. Dawson
United States District Judge